# Order

Michigan Supreme Court
Lansing, Michigan

April 25, 2011

142039

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 142039
                                 COA: 298536
                                 Washtenaw CC: 06-001130-FC

RANDALL A. RAAR,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

Clerk

h0418